**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 3 2004

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SHEILA BLAIR**                                                                                           **PLAINTIFF**

*4:04cv-00087*

v.                                     Case No. ~~4-04-CB-187~~ WRW

**THE KROGER CO.**                                                                                    **DEFENDANT**

## ORDER OF DISMISSAL
## WITH PREJUDICE

On motion of the Plaintiff, Sheila Blair, the Complaint of the Plaintiff against the

Defendant, The Kroger Co., is hereby dismissed with prejudice.  Each party is to bear its

own costs and attorneys' fees.

_____
William R. Wilson, Jr.
United States District Judge

Date: 3/23/04 _____, 2004

Approved:

_____
Lucien Gillham
Harrill & Sutter, P.L.L.C.
P.O. Box 26321
Little Rock, Arkansas 72221

Attorney for Plaintiff

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3/24/04 BY _____



bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


March 24, 2004



* * MAILING CERTIFICATE OF CLERK * *


Re:   4:04-cv-00087.


True and correct copies of the attached were mailed by the clerk to the
following:


    Lucien Ramseur Gillham, Esq.
    Harrill & Sutter, P.L.L.C.
    310 Natural Resources Drive
    Post Office Box 26321
    Little Rock, AR   72221-6321

    press


                                        James W. McCormack, Clerk

Date: ___3/24/04___                     BY: _____